United States Court of Appeals
FOR THE EIGHTH CIRCUIT

_____

No. 96-2474
_____

| | | |
|---|---|---|
| Michael Terril Cooper-Bey; | * | |
| Charles White Williams-El, | * | |
| | * | |
| Plaintiffs - Appellants, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Southern District of Iowa. |
| Rusty Rogerson; Larry Hardy; Calvin | * | |
| Yoder; Elwin Colson, | * | **[UNPUBLISHED]** |
| | * | |
| Defendants - Appellees. | * | |

_____

Submitted: June 10, 1997
Filed: July 17, 1997

_____

Before LOKEN and ROSS, Circuit Judges, and FENNER,* District Judge.

_____

PER CURIAM.

Iowa inmates Michael Cooper-Bey and Charles Williams-El brought this § 1983 action seeking declaratory, equitable, and damage relief for alleged violations of their rights under the First and Fourteenth Amendments and the Religious Freedom Restoration Act, 42 U.S.C. §§ 2000bb *et seq.* ("RFRA"). Defendants are four officials

_____

*The HONORABLE GARY A. FENNER, United States District Judge for the Western District of Missouri, sitting by designation.

of the Iowa Medical Classification Center ("IMCC"), a facility that receives and classifies new inmates prior to their assignment to other Iowa prisons. Plaintiffs claim that unique security measures adopted for inmates in IMCC's classification reception areas infringe their right to religious freedom as Moslem followers of the Moorish Science Temple of America.

Following a bench trial, the district court[1] granted judgment in favor of all defendants, concluding that IMCC's restrictions on group worship do not violate plaintiffs' rights, and that the other challenged practices do not substantially burden the exercise of their beliefs. Plaintiffs appeal the dismissal of their constitutional and RFRA claims. The Supreme Court held RFRA unconstitutional in <u>City of Boerne v. Flores</u>, No. 95-2074, 1997 WL 345322 (U.S. Jun. 25, 1997). We uphold dismissal of plaintiffs' constitutional claims for the reasons stated in the district court's April 30, 1996, Opinion. Accordingly, the judgment of the district court is affirmed. <u>See</u> 8th Cir. Rule 47B.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The HONORABLE CELESTE F. BREMER, Chief United States Magistrate Judge for the Southern District of Iowa, to whom the case was assigned by consent of the parties. <u>See</u> 28 U.S.C. § 636(c).